UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO COUNTY HARBOR DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>M/V SPIRIT OF SACRAMENTO,<br><br>  Defendant. | Case No.  15-cv-01902-JD   (SK)<br><br>**REQUEST FOR SUPPLEMENTAL INFORMATION ON ISSUE OF DAMAGES**<br><br>Regarding Docket No. 38 |

Plaintiff San Mateo County Harbor District brings a motion seeking entry of default judgment and an order awarding damages against Defendant Vessel M/V Spirit of Sacramento ("Defndant Vessel"). (Dkt. No. 38.)  The damages that Plaintiff seeks are the alleged result of Defendant Vessel's failure to pay for the rental of its berth, as well as *custodial legis* expenses. The unopposed motion was referred to the undersigned magistrate judge for a report and recommendation.  (Dkt No. 46.)

In support of its motion, Plaintiff submitted the Declaration of Scott Grindy, concluding that certain fees and expenses were incurred by San Mateo County Harbor District.  However, there is nothing in Mr. Grindy's declaration that explains how the rental fees and interest or transient rate were calculated and no documentary evidence regarding the electricity provided to the Defendant Vessel.  Therefore, the Court directs Plaintiff to submit supplemental information and supporting documentation under oath no later than November 6, 2015.

**IT IS SO ORDERED**.

Dated: October 30, 2015



_____

SALLIE KIM
United States Magistrate Judge