UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO COUNTY HARBOR DISTRICT,<br><br>  Plaintiff,<br><br>  v.<br><br>M/V SPIRIT OF SACRAMENTO,<br><br>  Defendant. | Case No. 15-cv-01902-JD   (SK)<br><br>**ORDER GRANTING REQUEST FOR EXTENSION TO PROVIDE SUPPLEMENTAL BRIEFING**<br><br>Regarding Docket No. 48 |

Before the Court is a request for an extension to provide supplemental briefing as previously requested by the Court on October 30, 2015. (Dkt No. 47) Having reviewed the Plaintiff's Request and the Declaration of counsel, the Court finds good cause for the extension. Plaintiff's Request is hereby GRANTED. Supplemental briefing shall be filed no later than November 20, 2015.

**IT IS SO ORDERED**.

Dated: November 6, 2015

_____
SALLIE KIM
United States Magistrate Judge