UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN MATEO COUNTY HARBOR DISTRICT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>M/V SPIRIT OF SACRAMENTO,<br><br>　　　　Defendant. | Case No.  15-cv-01902-JD   (SK)<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR FURTHER EXTENSION TO SUBMIT SUPPLEMENTAL BRIEFING**<br><br>Regarding Docket No. 50 |

Before the Court is Plaintiff's Request for Further Extension of Time to Submit Supplemental Briefing Regarding Plaintiff's Claim for Damages.  Having reviewed the Request and the supporting declaration and finding good cause, the Court hereby GRANTS Plaintiff's request for an eleven-day extension to submit its supplemental information.  This is the <u>final extension</u> that will be granted with regard to the Plaintiff's Motion for Default Judgment and Motion to Strike.  The briefing shall be filed no later than Dec. 1, 2015.

**IT IS SO ORDERED**.

Dated: November 20, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SALLIE KIM
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge